# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————————

No. 97-2407SI

———————————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | On Appeal from the United States |
| | * | District Court for the Southern |
| v. | * | District of Iowa. |
| | * | |
| Albert Julius Griebe, Jr., | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

———————————

Submitted:  May 29, 1998
Filed:  June 8, 1998

———————————

Before FAGG and HANSEN, Circuit Judges, and STROM,[*] District Judge.

———————————

PER CURIAM.

Applying our decision in <u>Bousley v. Brooks</u>, 97 F.3d 284 (8th Cir. 1996), the district court denied Albert Julius Griebe's 28 U.S.C. § 2255 sentence-related motion. The Supreme Court has now reversed our <u>Bousley</u> decision. <u>Bousley v. United States</u>, No. 96-8516, 1998 WL 244204 (U.S. May 18, 1998). Correspondingly, we now reverse the judgment of the district court and remand the case to that court for further consideration of Griebe's motion in light of <u>Bousley v. United States</u>.

————————————————

[*]The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska, sitting by designation.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.